STEPHEN J. CORGAN, Respondent, v THE DIMARCO GROUP, LLC, et al., Appellants. (Appeal No. 2.) [893 NYS2d 909]— Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered December 11, 2008 in a breach of contract action. The order, inter alia, determined that plaintiff is entitled to damages upon the supplemental lease agreement with respect to certain real property following a nonjury trial.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see* CPLR 5501 [a] [1]). Present—Scudder, P.J., Fahey, Lindley and Green, JJ.

STEPHEN J. CORGAN, Respondent, v THE DIMARCO GROUP, LLC, et al., Appellants. (Appeal No. 3.) [893 NYS2d 910]— Appeal from a judgment of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered April 22, 2009 in a breach of contract action. The judgment awarded damages to plaintiff against defendants following a nonjury trial.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Eric D.* [appeal No. 1], 162 AD2d 1051 [1990]). Present—Scudder, P.J., Fahey, Lindley and Green, JJ.